IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Docket No. 3:23-CV-00074-FDW-SCR

AMY KENNEDY, individually and on behalf of a class of all persons and entities similarly situated,

    Plaintiff,

vs.

HEALTH PLAN FREEDOM, INC.

    Defendant.

**ORDER GRANTING MOTION TO APPEAR** *PRO HAC VICE*

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Dana Oliver]" (Doc. No. 21) filed October 5, 2023. For the reasons set forth therein, the Motion will be granted.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Frank D. Whitney.

    **SO ORDERED**.

Signed: October 5, 2023

*/s/ Susan C. Rodriguez*
Susan C. Rodriguez
United States Magistrate Judge